**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DIXIE LEE PERSON**                                                      **PLAINTIFF**

**v.**                                   **CASE NO. 3:19-CV-00351 BSM**

**BOEHRINGER INGELHEIM**
**PHARMACEUTICALS, INC. et al.**                              **DEFENDANTS**

## ORDER

Dixie Lee Person's motion for voluntary dismissal [Doc. No. 7] is granted. Fed. R.

Civ. P. 41(a)(1). This case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE