IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DIXIE LEE PERSON**                                                                 **PLAINTIFF**

v.                                    CASE NO. 3:19-CV-00351 BSM

**BOEHRINGER INGELHEIM**
**PHARMACEUTICALS, INC. et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE